GIBSON, DUNN & CRUTCHER LLP
James L. Zelenay, Jr., Bar No. 237339
jzelenay@gibsondunn.com
Ariana Sañudo, Bar No. 324361
asanudo@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Plaintiff
O.T.L.

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Chief, Complex and Defensive Litigation
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-0460
Facsimile: (213) 894-7819
E-mail: Alarice.Medrano@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

O.T.L.,

Plaintiff,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and JOSEPH EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services,

Defendants.

No. 2:26-cv-12794-CAS-DSRx

**ORDER GRANTING JOINT STIPULATION TO STAY PRELIMINARY INJUNCTION BRIEFING AND HEARING**

Judge: Hon. Christina A. Snyder
Complaint Filed: November 2, 2026

NOTE: CHANGES MADE BY THE COURT

The Court, having considered the parties' Joint Stipulation to Stay Preliminary Injunction Briefing and Hearing, and good cause appearing, hereby ORDERS as follows:

The deadlines for Defendants' opposition (November 9, 2026) and Plaintiff's reply (November 10, 2026) on the Order to Show Cause Re: Preliminary Injunction, as set forth in the Court's November 4, 2026 Order (Dkt. 14), are STAYED pending Plaintiff's receipt of his renewed employment authorization document.

The November 13, 2026 hearing on the Order to Show Cause Re: Preliminary Injunction is VACATED. Except for vacating the November 13, 2026 hearing and the obligation to file briefs, this Court's order (Dkt. 14) will otherwise remain in effect, up to and including 20 days from the date of this order.

Within seven (7) days of Plaintiff's receipt of his renewed employment authorization document, Plaintiff shall file a notice of voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

In the event Plaintiff has not received his renewed employment authorization document within twenty (20) days of entry of this Order, the parties shall jointly request a status conference to discuss any further proceedings that may be needed.

IT IS SO ORDERED.

Dated: November 6, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE